IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CATHERINE YANIRA ALVARADO LOPEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:25-cv-2456 (LMB/LRV) |
| ) | |
| JEFFREY N. DILLMAN, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, petitioner Catherine Yanira Alvarado Lopez's Motion to Enforce Habeas Order, [Dkt. No. 18], is GRANTED, and it is hereby

ORDERED that by March 18, 2026, the federal respondents provide Alvarado with an individualized, constitutionally compliant bond hearing pursuant to 8 U.S.C. § 1226(a) before a different Immigration Judge.  A bond hearing fails to comport with due process where an Immigration Judge relies on considerations that would lead to an automatic denial of bond in most, if not all, cases or on considerations that are not rationally related to whether a petitioner is a flight risk or danger to the community; and it is further

ORDERED that the federal respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are ENJOINED from arguing or concluding that Alvarado presents a risk of flight based on her unlawful status in the United States or her lack of work authorization; and it is further

ORDERED that by March 23, 2026, the federal respondents file a status report with the Court stating whether Alvarado has been granted bond, and, if her request for bond was denied, the reasons for that denial.

The Clerk is directed to forward a copy of this Order to counsel of record; mail a copy of this Order to respondent Dillman, pro se, at his address of record; and close this civil action.

Entered this 11th day of March, 2026.

Alexandria, Virginia

/s/ *LMB*
Leonie M. Brinkema
United States District Judge